IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA



FILED
AUG 2 0 2025
CLERK, U.S. DISTRICT C(
SOUTHERN DISTRICT OF

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:25-cr-10... |
| v. | INDICTMENT |
| ELIZABETH MARGARITA VARGAS, | T. 18 U.S.C. § 1956(a)(2)(A) |
| Defendant. | T. 18 U.S.C. § 1956(h) |
| | T. 21 U.S.C. § 841(a)(1) |
| | T. 21 U.S.C. § 841(b)(1)(A) |
| | T. 21 U.S.C. § 846 |
| | T. 21 U.S.C. § 853 |

**THE GRAND JURY CHARGES:**

### COUNT 1
**(Conspiracy to Distribute Controlled Substances)**

From a date unknown, but by at least December 2020, and continuing until in or about July 2024, in the Southern District of Iowa and elsewhere, the defendant, ELIZABETH MARGARITA VARGAS, conspired with other persons known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute and distribute a controlled substance, namely: 50 grams or more of methamphetamine and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, and 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

This is a violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

1


THE GRAND JURY FURTHER CHARGES:

## COUNT 2
### (Money Laundering Conspiracy)

From a date unknown, but by at least December 19, 2020, and continuing until in or about July 15, 2024, in the Southern District of Iowa, the defendant, ELIZABETH MARGARITA VARGAS, knowingly combined, conspired, and agreed with other persons known and unknown to the grand jury to knowingly transport, transmit and transfer, and attempt to transport, transmit and transfer a monetary instrument and funds from a place in the United States to and through a place outside the United States, with the intent to promote the carrying on of a specified unlawful activity, that is, Conspiracy to Possess with Intent to Distribute and Distribute a Controlled Substance, to wit: methamphetamine and fentanyl, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

This is a violation of Title 18, United States Code, Section 1956(h).

THE GRAND JURY FURTHER CHARGES:

## COUNT 3
### (Money Laundering)

On or about April 13, 2023, in the Southern District of Iowa, the defendant, ELIZABETH MARGARITA VARGAS, did knowingly transport, transmit and transfer, and attempt to transport, transmit and transfer, funds to wit: $1,000 in United States currency, from a place in the United States to and through a place outside the United States, with the intent to promote the carrying on of Conspiracy to Distribute Methamphetamine in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

This is a violation of Title 18, United States Code, Section 1956(a)(2)(A).

THE GRAND JURY FURTHER CHARGES:

## COUNT 4
### (Money Laundering)

On or about December 20, 2023, in the Southern District of Iowa, the defendant, ELIZABETH MARGARITA VARGAS, did knowingly transport, transmit and transfer, and attempt to transport, transmit and transfer, funds to wit: $1,000 in United States currency, from a place in the United States to and through a place outside the United States, with the intent to promote the carrying on of Conspiracy to Distribute Methamphetamine in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

This is a violation of Title 18, United States Code, Section 1956(a)(2)(A).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 5
### (Money Laundering)

On or about December 21, 2023, in the Southern District of Iowa, the defendant, ELIZABETH MARGARITA VARGAS, did knowingly transport, transmit and transfer, and attempt to transport, transmit and transfer, funds to wit: $500 in United States currency, from a place in the United States to and through a place outside the United States, with the intent to promote the carrying on of Conspiracy to Distribute Methamphetamine in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

This is a violation of Title 18, United States Code, Section 1956(a)(2)(A).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 6
### (Money Laundering)

On or about February 15, 2024, in the Southern District of Iowa, the defendant, ELIZABETH MARGARITA VARGAS, did knowingly transport, transmit and transfer, and attempt to transport, transmit and transfer, funds to wit: $1,485 in United States currency, from a place in the United States to and through a place outside the United States, with the intent to promote the carrying on of Conspiracy to Distribute Methamphetamine in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

This is a violation of Title 18, United States Code, Section 1956(a)(2)(A).

THE GRAND JURY FINDS:

## NOTICE OF FORFEITURE

1. The allegations set forth above are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853.

2. Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of Subchapter I of Title 21, United States Code set forth herein, the defendant, ELIZABETH MARGARITA VARGAS, shall forfeit, to the United States, the following:

    A. **Proceeds.** Any and all property constituting, and derived from, any proceeds such defendant obtained, directly or indirectly, as a result of such violation, and

    B. **Facilitation.** Any property used, and intended to be used, in any manner or part, to commit or to facilitate the commission of such violation.

3. Additionally, pursuant to 21 U.S.C. § 853(a), and Fed. R. Crim. P. 32.2(a) and (b), the United States intends to seek a personal money judgment against the defendant, in an amount reflecting the gross proceeds derived from the commission of such violation.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall seek, and is entitled, to forfeiture of substitute property, pursuant to 21 U.S.C. § 853(p).

This is pursuant to 21 U.S.C. § 853, and Fed. R. Crim. P. 32.2.

**A TRUE BILL.**

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Jason T. Griess
Assistant United States Attorney