IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:25-cr-101 |
| | ) | |
| v. | ) | GOVERNMENT'S MOTION TO |
| | ) | WITHDRAW ORAL MOTION FOR |
| ELIZABETH MARGARITA VARGAS, | ) | DETENTION |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW, the United States of America, by and through Assistant United States Attorney Jason T. Griess and respectfully requests to withdraw the oral motion for detention. (R. Doc. 13.)

1.      On September 23, 2025, Magistrate Judge William P. Kelly granted the government's oral motion for detention in the above-entitled case. (R. Doc. 13.)

2.      Since that date, the government has received and reviewed the pretrial services report filed on September 24, 2025. (R. Doc. 16.)

3.      Based upon the pretrial services report and additional conversation with defense counsel, the government consents to Defendant's release from custody pending trial under the conditions set forth in the pretrial services report.

4.      The government's agreement is specifically based upon: (1) Defendant agreeing to the terms and conditions set forth in the pretrial services report, and (2) the Defendant surrendering her passport to U.S. Probation prior to her release from custody.

WHEREFORE, the government requests that the Court grant its withdrawal of oral motion for detention for the reason stated above.

Respectfully submitted,

Richard D. Westphal
United States Attorney

By:  */s/ Jason T. Griess*
Jason T. Griess
Assistant United States Attorneys
United States Courthouse
2146 27th Avenue, Suite 400
Council Bluffs, Iowa 51501
Tel: (712) 256-5009
Fax: (712) 256-5112
Email:  Jason.Griess2@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2025, I
electronically filed the foregoing with the
Clerk of Court using the CM ECF system.  I hereby
certify that a copy of this document was served
on the parties or attorneys of record by:

_____U.S. Mail _____ Fax _____Hand Delivery

__X__ECF/Electronic filing    ____Other means

UNITED STATES ATTORNEY

By: */s/ SCT*
     Paralegal Specialist