IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LIZ MARGARITA VARGAS,<br><br>Defendant, | Case No. 4:25-cr-101<br><br><br><br>**MOTION TO MODIFY CONDITIONS OF RELEASE**<br>**(UNRESISTED)** |

Defendant Liz Vargas, through counsel, hereby requests the Court modify her conditions of release to include travel to Tama County, Iowa, stating:

1. Defendant Liz Vargas was released with conditions on September 29, 2025. *See* Dkt. No. 24.

2. Ms. Vargas resides in Marshalltown, Iowa, which is in Marshall County.

3. Ms. Vargas' conditions of release currently restrict her travel to the Southern District of Iowa only. *Id.* at 2.

4. Ms. Vargas regularly attends medical appointments in Tama County, Iowa. Tama County, while contiguous with Marshall County, is in the Northern District of Iowa.

5. Ms. Vargas requests the Court modify her conditions of release to expand her permitted area for travel to include Tama County, Iowa.

6. Neither the United States Attorney's Office, nor the United States Probation Office, has any objection to modify Ms. Vargas' conditions of release as outlined in this motion.

GREFE & SIDNEY, P.L.C.

By: /s/ *Peter J. Ickes*
    Peter J. Ickes, AT0014168

500 E. Court Ave., Ste. 200
Des Moines, IA 50309
Phone: 515/245-4300
Fax: 515/245-4452
pickes@grefesidney.com

ATTORNEY FOR DEFENDANT,
LIZ VARGAS

2