IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>LIZ VARGAS,<br><br>        Defendant, | Crim. No. 4:25-CR-101<br><br><br>**DEFENDANT'S THIRD MOTION TO<br>CONTINUE TRIAL<br>(UNRESISTED)** |

Defendant Liz Margarita Vargas, through counsel, respectfully asks the Court to continue trial in this matter to the week of July 6 or July 13 of 2026, stating:

1.      The defendant is currently charged with one count of Conspiracy to Distributed Controlled Substances under 21 U.S.C. §§ 841 and 846, and five counts of Money Laundering under 18 U.S.C. 1956(a)(2)(A). Ms. Vargas pled not guilty to all counts at her Arraignment on September 23, 2025. *See* Dkt. No. 8.

2.      Trial is currently scheduled to begin on May 18, 2026. The Court has also set various pretrial deadlines. *See* Dkt. No. 76.

3.      The parties need additional time to explore possible plea avenues and see if this matter can be resolved in advance of trial. They have spoken several times during the past two weeks and are actively exploring options for a pretrial resolution. Additionally, the defense recently requested more relevant evidence from the Government that may qualify as impeachment information under Giglio and is necessary for the defendant to present an effective defense at trial. It is possible or even likely that any of this requested evidence may require follow-up with witnesses, requiring additional time to prepare this case. There is also still the issue of much material in this case being in Spanish, which simply adds to the workload of

1

discovery review and consultation with the defendant. Given these issues, the parties are not certain that this case would be ready for trial on May 18 and a modest continuance is necessary.

4.      Undersigned counsel certifies that he has discussed a continuance of trial with Ms. Vargas, and Ms. Vargas has consented to a continuance. Ms. Vargas is currently out of custody and has had no issues while on pretrial release.

5.      Undersigned counsel has been in communication with Assistant United States Attorney Jason Griess and the Government has no objection to a continuance of trial as outlined in this motion.

6.      Based on the calendars for the Government and defense counsel, the Government and co-defendant have agreed to request a trial date of either the week of July 6 or July 13, 2026.

7.      This is the defendant's third request for a continuance of trial.

8.      A continuance will not prejudice any party to this matter.

9.      The interests of justice in granting this continuance outweigh the interests of the public in a speedy trial and constitute good cause for a continuance. Further, this delay constitutes excludable time under the Speedy Trial Act.

WHEREFORE, the defendant respectfully asks the Court to continue trial in this matter to the week of July 6 or July 13 of 2026 and reset the pretrial deadlines accordingly.

GREFE & SIDNEY, P.L.C.

By:  /s/ *Peter J. Ickes*
Peter J. Ickes, AT0014168

500 E. Court Ave., Ste. 200
Des Moines, IA  50309
Phone:  515/245-4300
Fax: 515/245-4452

2

pickes@grefesidney.com

ATTORNEY FOR DEFENDANT,
LIZ MARGARITA VARGAS