IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LIZ VARGAS,<br><br>Defendant, | Case No. 4:25-cr-101<br><br><br>**DEFENDANT'S MOTION TO EXTEND PLEA DEADLINES (UNRESISTED)** |

Defendant Liz Margarita Vargas, through counsel, respectfully asks the Court to extend the plea notification deadline and plea entry deadline by one week, to April 17 and 24, 2026, respectively, stating:

1.     The defendant is charged with one count of Conspiracy to Distributed Controlled Substances under 21 U.S.C. §§ 841 and 846, and five counts of Money Laundering under 18 U.S.C. 1956(a)(2)(A). Ms. Vargas pled not guilty to all counts at her Arraignment on September 23, 2025. *See* Dkt. No. 8.

2.     Trial is currently scheduled to begin on May 18, 2026. The Plea Notification Deadline is April 10, 2026. The Plea Entry Deadline is April 17, 2026. *See* Dkt. No. 76.

3.     On April 6, 2026, the defendant filed an unresisted motion to continue trial in this matter to early-July of 2026. *See* Dkt. No. 77. The Court has directed the co-defendant to file a consent/response to the motion to continue by April 10, and has not yet ruled on the matter. *See* Dkt. No. 78.

4.     Undersigned counsel conferred with Assistant United States Attorney Jason Griess regarding a one-week extension of the plea entry and plea notification deadlines in this

1

matter, in the event a continuance order is not entered by April 10 (the plea notification deadline), and the Government has no objection to a one-week extension of those deadlines.

5.      A one-week extension of the plea notification and plea entry deadlines will not prejudice any party to this matter.

6.      The defendant asks the Court to extend the Plea Notification deadline to April 17, 2026, and to extend the Plea Entry deadline to April 24, 2026.

WHEREFORE, the defendant respectfully asks the Court to extend the Plea Notification and Plea Entry deadlines to April 17 and April 24, 2026, respectively.

GREFE & SIDNEY, P.L.C.

By: /s/ *Peter J. Ickes*
        Peter J. Ickes, AT0014168

500 E. Court Ave., Ste. 200
Des Moines, IA  50309
Phone:  515/245-4300
Fax: 515/245-4452
pickes@grefesidney.com

ATTORNEY FOR DEFENDANT,
LIZ MARGARITA VARGAS

2